In the Matter of MOLLY W. MILBANK, Respondent, v. SAMUEL R. MILBANK, Appellant.—

Concur — Stevens, P. J., Eager, Markewich and Nunez, JJ.

RALPH ZEMAN, Individually and as Father of BENJAMIN ZEMAN, an Infant, Respondent, v. HERBERT DEWES, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern, Steuer and Tilzer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BUSSUE, Appellant.—

Concur — Stevens, P. J., Eager, Nunez, McNally and Tilzer, JJ.